Geri N. Kahn, State Bar No. 148536
465 California Street, Suite 609
San Francisco, California 94104
Telephone: (415) 397-5446
Facsimile: (800) 375-5956
geri@gerinkahn.com

Andrew J. Sommer, State Bar No. 192844
870 Market Street, Suite 1111
San Francisco, California 94102
Telephone: (415) 268-8894
Facsimile: (415) 268-8881
asommer@connmaciel.com

Attorneys for Plaintiff,
LISA ALEXANDRIA PARODI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ALEXANDRIA PARODI,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. 2:18-cv-01268 KK<br><br>**[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Upon consideration of the Parties' stipulation, the Court finds good cause to award attorney fees to Plaintiff in the amount of $6,500 dollars under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

DATED: __2/13/19__

_____
Honorable Kenly Kiya Kato
United States Magistrate Judge